**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DIANA VICTORIA ROMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 26-00342-KD-B** |
| | ) | |
| **CITY OF MOBILE, *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on the motion for partial summary judgment on liability filed by pro se Plaintiff Diana Victoria Roman (doc. 16). Roman moves the Court for summary judgment "on the issue of liability against Defendants City of Mobile, Al., Mobile County Commission, and Sheriff Paul Burch." (Id.).

At present, the docket indicates that Roman has not served the Defendants with a summons and complaint. Also, she has been ordered to file a Third Amended Complaint and to refile her motion to proceed without prepayment of fees or pay the filing fee by November 23, 2026 (doc. 20). In this procedural posture, where the opposing parties – "City of Mobile, Al., Mobile County Commission, and Sheriff Paul Burch" – have not had a reasonable opportunity to discover information essential to defend the motion, Roman's motion for partial summary judgment is premature. Olufemi v. Exclusive Ass'n Mgmt., No. 23-10752, 2024 WL 710547, at *2 (11th Cir. Feb. 21, 2024) (finding that the "district court did not err in denying Olufemi's motion for summary judgment as premature because EAM did not have an opportunity to discover evidence to support its opposition") (citing Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1064 (11th Cir. 2013). Accordingly, Roman's motion for partial summary judgment is dismissed.

**DONE** and **ORDERED** this 23rd day of October 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**